# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00637-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 173.160.32.241,

    Defendant.

_____/

## STATUS REPORT

On March 21, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identity [Dkt. 12]. Plaintiff is in the process of serving the subpoena on Defendant's ISP.

Dated: March 26, 2013

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/*Jason Kotzker*